

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com



July 12, 2022

**VIA ECF**
Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

**MEMO ENDORSED**

Re:    *Reid v. The Execu/Search Group, LLC*, No. 22 Civ. 469 (PGG)(BCM)

Dear Judge Moses,

We represent Plaintiff in the above-referenced matter. We write this letter jointly with Defendants to provide a status update on the parties anticipated mediation and respectfully request a stay of the instant matter, pending mediation.

On April 13, 2022, the parties notified the Court that they had tentatively scheduled a mediation for July 12, 2022. Dkt. No. 25. In the lead up to the parties' scheduled mediation it became clear that mediation was not possible due to unforeseen delays in data production and several individuals on both sides suffering from Covid-19, including members of Defendants' internal team. As a result, the parties have rescheduled their mediation for September 15, 2022, the first available date with the selected mediator.

Accordingly, the parties respectfully request the Court stay the matter and hold decision upon Defendants' pending motion to compel arbitration (Dkt. No. 22) in abeyance until the parties have had the opportunity to engage in mediation. The parties will provide the Court with a status update within 48 hours of the mediation.

We thank the Court for its time and attention.

Respectfully submitted,

Application GRANTED. All deadlines in this matter are STAYED and all motions held in abeyance pending the parties' mediation. The parties shall file a letter, no later than seven days after the conclusion of mediation, informing the Court as to the outcome of the mediation and, if it was not successful, proposing a revised pretrial schedule. SO ORDERED.

/s/ *Joseph A. Fitapelli*
Joseph A. Fitapelli

Barbara Moses
United States Magistrate Judge
July 13, 2022