UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHNINE SUMPTER,

                      Plaintiff,                **ORDER**

          -against-                      **22-CV-8176 (PAE) (JW)**

HOSPITALS CORP. d/b/a NYC
HEALTH + HOSPITALS,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 22, 2022, Defendant moved to consolidate this case, Sumpter v. Hospitals Corp., 22-CV-8176 PAE-JW (S.D.N.Y. 2022), with an earlier filed related action: Reid, et al. v. The Execu/Search Group, LLC et al., 1:22- cv-469-PGG-BCM (S.D.N.Y. 2022). Dkt. No. 20. On January 23, 2023, The Tandym Group, LLC filed a motion to intervene. Dkt No. 66.

For the reasons stated more fully on the record, the motion to intervene, Dkt. No. 66, is granted. The Court finds, under F.R.C.P. 24(b)(1)(B), that Tandym may permissively intervene in Sumpter v. Hospitals Corp., 22-CV-8176 PAE-JW (S.D.N.Y. 2022). The Clerk of the Court is directed to close Dkt No. 66.

Furthermore, for the reasons stated more fully on the record, the motion to consolidate is granted as well. Sumpter v. Hospitals Corp., 22-CV-8176 PAE-JW (S.D.N.Y. 2022) is now consolidated with Reid, et al. v. The Execu/Search Group, LLC et al., 1:22- cv-469-PGG-BCM (S.D.N.Y. 2022) before Judge Gardephe. The Clerk of the Court is directed to close Dkt No. 20.

Subject to any extensions granted by Judge Gardephe, pursuant to the Order issued January 20, 2023, Tandym and/or Defendant may file a motion to compel arbitration by **March 1, 2023.**

SO ORDERED.

DATED:   New York, New York
         February 16, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge