UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONA REID, Individually and for Others Similarly Situated,<br><br>            Plaintiff,<br><br>      -v-<br><br>THE EXECU \| SEARCH GROUP, LLC and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>            Defendants. | Civil Action No. 1:22-cv-00469<br><br>~~**PROPOSED**~~ **ORDER FOR WITHDRAWAL OF LIRAN MESSINGER** |

**PLEASE TAKE NOTICE**, that pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Little Mendelson, P.C., hereby respectfully moves to withdraw the appearance of Liran Messinger as one of the attorneys of record for all defendants in the above captioned proceeding. Ms. Messinger is no longer with the firm of Littler Mendelson, P.C. Defendants continue to be represented by A. Michael Weber, Eli Z. Freedberg and Paul R. Piccigallo.

Wherefore, the undersigned respectfully requests that Defendants be granted their motion to withdraw the appearance of Liran Messinger in this matter.

Date: July 13, 2023
New York, New York

                                              /s/ Paul R. Piccigallo
                                              Paul R. Piccigallo
                                              A. Michael Weber
                                              Eli Z. Freedberg
                                              LITTLER MENDELSON, P.C.
                                              900 Third Avenue
                                              New York, NY 10022
                                              *Attorneys for Defendants*

SO ORDERED: _____    Dated: __July 14, 2023__
Barbara C. Moses, U.S.M.J.

The Clerk of Court is respectfully directed to terminate attorney Messinger from the docket.