UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONA REID, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>    -v-<br><br>THE TANDYM GROUP, LLC and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>    Defendants. | Lead File No. 1:22-cv-00469-PGG-BCM<br><br>**[this relates to both actions]** |
| JOHNINE SUMPTER, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>    -v-<br><br>HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>    Defendant. | |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendants Tandym Group, LLC ("Tandym") and New York City Health and Hospitals Corporation (H+H) (collectively, "Defendants") in the above-captioned action. Contact information for the undersigned counsel for Defendants is as follows:

Roya Aghanori<br>
Littler Mendelson, P.C.<br>
900 Third Avenue – 8th Floor<br>
New York, NY 10022<br>
212.583.2667<br>
RAghanori@littler.com

-2-

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: New York, New York
October 13, 2023

                                                                                               */s/ Roya Aghanori*
                                                                                                 Roya Aghanori