UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONA REID,<br><br>       Plaintiff,<br><br>    -against-<br><br>THE TANDYM GROUP, LLC, et al.,<br><br>       Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 03/18/2024<br><br>22-CV-00469 (MMG)<br><br>**NOTICE OF REASSIGNMENT** |
| JOHNINE SUMPTER,<br><br>       Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS, et al.,<br><br>       Defendants. | |
| CONSOLIDATED CASES | |

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 18, 2024
     New York, New York

                     SO ORDERED.

                     MARGARET M. GARNETT
                     United States District Judge