```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONA REID,

      Plaintiff,

 -against-

THE EXECU/SEARCH GROUP, LLC,

      Defendant.

22-CV-469 (PMMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 29, 2023, this Court ordered the parties to file a joint status update concerning the progress of the arbitration on February 1, 2024, and every three months thereafter. (Dkt. 79) at 33. The parties filed a joint status report on February 1, 2024. (Dkt. 81). The parties' deadline for filing a second joint report – May 1, 2024 – came and went, but the parties have not submitted a second joint status report. It is hereby ORDERED that, no later than **May 24, 2024**, the parties shall file a joint status report. The parties must thereafter file a joint status report every three months, beginning on August 1, 2024.

Dated: New York, New York
       May 21, 2024

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**