UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONA REID, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>    -v-<br><br>THE TANDYM GROUP, LLC and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>    Defendants. | Lead File No. 1:22-cv-00469-PGG-BCM<br><br>**[this relates to both actions]** |
| JOHNINE SUMPTER, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>    -v-<br><br>HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>    Defendant. | |

## JOINT STATUS REPORT ON ARBITRATIONS

The parties submit the following joint status report in response to the Court's September 29, 2023, Order directing them "to file joint status updates concerning the process of the arbitration [beginning]on February 1, 2024" and every three months thereafter (Doc. 79 at 33). The Parties filed their first Status Report on February 1, 2024 (Doc. 81) and hereby file this subsequent Status Report:

1. **Plaintiff Reid**

Ms. Reid filed a putative class and collective action arbitration demand against New York City Health & Hospitals Corporation and The Tandym Group, LLC on October 31, 2023, where it was assigned by the AAA with case number 01-23-0004-9502. The Parties mutually agreed on an arbitrator

for this matter, and AAA proceeded to appoint the same. The Parties attended an initial conference with the arbitrator on May 17, 2024, wherein the Parties identified certain threshold issues ripe for briefing.

**2.    Plaintiff Sumpter**

Plaintiff Sumpter filed her own putative collective and class arbitration against New York City Health & Hospitals Corporation on October 2, 2023, where it was assigned by the AAA with case number 01-23-0004-8593. The Parties mutually agreed on an arbitrator for this matter, and AAA proceeded to appoint the same. The Parties' initial conference with the arbitrator is scheduled to occur on May 31, 2024.

**3.    Plaintiff Yeung**

Plaintiff Yeung filed an individual arbitration demand against New York City Health & Hospitals Corporation on November 7, 2023, where it was assigned by the AAA with case number 01-23-0005-0589.

The Parties' attended mediation of this matter on April 5, 2024, but have been unsuccessful in reaching resolution. Following the mediation, the parties continued settlement discussions and have recently agreed in principle to resolve Claimant Yeung's claims.

**4.    Plaintiff George**

Plaintiff George filed an individual arbitration demand against New York City Health & Hospitals Corporation ("H&H") on October 2, 2023, where it was assigned by the AAA with case number 01-23-0004-3390. The Parties have reached an agreement in principle to resolve George's claims, and are in the process of preparing materials to submit for entry of a final award and judgment.

Respectfully submitted this 24th day of May, 2024.

By: */s/ Alyssa J. White*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Alyssa White
Texas Bar No. 24073014
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas State Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

Dana M. Cimera
**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

*/s/ Eli Z. Freedberg*
A. Michael Weber
Eli Z. Freedberg
Paul Piccigallo
**LITTLER MENDELSON, P.C**.
900 Third Avenue
New York, NY 10022.3298 (212) 583-9600

**ATTORNEYS IN CHARGE FOR DEFENDANT AND TANDYM**