UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONA REID, Individually and for Others Similarly Situated,<br><br>                Plaintiff,<br><br>                -v-<br><br>THE TANDYM GROUP, LLC and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>                Defendants. | Lead File No. 1:22-cv-00469-PGG-BCM<br><br>**[this relates to both actions]** |
| JOHNINE SUMPTER, Individually and for Others Similarly Situated,<br><br>                Plaintiff,<br><br>                -v-<br><br>HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS,<br><br>                Defendant. | |

## JOINT STATUS REPORT ON ARBITRATIONS

The parties submit the following joint status report in response to the Court's September 29, 2023, Order directing them "to file joint status updates concerning the process of the arbitration [beginning]on February 1, 2024" and every three months thereafter (Doc. 79 at 33). The Parties filed their first Status Report on February 1, 2024 (Doc. 81) and hereby file this subsequent Status Report:

1. **Plaintiff Reid**

Ms. Reid filed a putative class and collective action arbitration demand against New York City Health & Hospitals Corporation and The Tandym Group, LLC on October 31, 2023, where it was assigned by the AAA with case number 01-23-0004-9502. The Parties mutually agreed on an arbitrator

for this matter, and AAA proceeded to appoint the same. The Parties attended an initial conference with the arbitrator on May 17, 2024. Thereafter, the Parties briefed the threshold issue of whether the Employment Fee Schedule and AAA Employment Rules apply to this arbitration. On July 2, 2024, Arbitrator Lemons entered an Order finding that the Employment Fee Schedule and AAA Employment Rules do govern the *Reid* arbitration. Thereafter, the Parties submitted briefing on the Clause Construction with Claimant Reid submitting her position on September 13, 2024 and Respondent's on October 11, 2024.

The Parties have agreed to a stay of this matter to explore potential resolution. The Parties are preparing to attend mediation with Dennis Clifford on June 3, 2025.

**2.    Plaintiff Sumpter**

Plaintiff Sumpter filed her own putative collective and class arbitration against New York City Health & Hospitals Corporation on October 2, 2023, where it was assigned by the AAA with case number 01-23-0004-8593. The Parties mutually agreed on an arbitrator for this matter, and AAA proceeded to appoint the same. The Parties' initial conference with the arbitrator was held on May 31, 2024, wherein a briefing schedule was set for the threshold issues of clause construction and the appropriate rules and fee schedule for the arbitration. The Parties' submitted their opening briefs on June 28, 2024; closing briefs on these issues are due August 2, 2024. The arbitrator issued an order on the on the Parties Application of Commercial Rules and Fee Schedule. The Parties are awaiting a ruling on the Clause Construction issue.

The Parties have agreed to a stay of this matter to explore potential resolution. The Parties are preparing to attend mediation with Dennis Clifford on June 3, 2025.

**3.    Plaintiff Yeung**

Plaintiff Yeung filed an individual arbitration demand against New York City Health & Hospitals Corporation on November 7, 2023, where it was assigned by the AAA with case number

01-23-0005-0589. The Parties' attended mediation of this matter on April 5, 2024. The Parties have reached an agreement in principle to resolve Yeung's claims, submitted an agreed award and judgment, and the arbitrator has entered the same.

As of April 15, 2025, the claims of Plaintiff Yeung are resolved.

4. **Plaintiff George**

Plaintiff George filed an individual arbitration demand against New York City Health & Hospitals Corporation ("H&H") on October 2, 2023, where it was assigned by the AAA with case number 01-23-0004-3390. The Parties have reached an agreement in principle to resolve George's claims, submitted an agreed award and judgment, and the arbitrator has entered the same.

As of July 11, 2024, the claims of Plaintiff George are resolved.

Respectfully submitted this 2nd day of May, 2025.

By: */s/ Alyssa J. White*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Alyssa White
Texas Bar No. 24073014
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas State Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

*/s/ Eli Z. Freedberg*
A. Michael Weber
Eli Z. Freedberg
Paul Piccigallo
**LITTLER MENDELSON, P.C**.
900 Third Avenue
New York, NY 10022.3298 (212) 583-9600

**ATTORNEYS IN CHARGE FOR DEFENDANT AND TANDYM**

3

**AND**

Dana M. Cimera
**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

**ATTORNEYS IN CHARGE FOR PLAINTIFF**