Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022.3298

Eli Z. Freedberg
Shareholder
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 07/20/2026

July 17, 2026

*Via ECF*

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Reid v. The Execu/Search Group, LLC*
Case No. 1:22-cv-00469-MMG-BCM

Dear Judge Garnett:

This firm represents Defendants The Tandym Group, LLC, formerly known as The Execu|Search Group, LLC ("Tandym"), and New York City Health and Hospitals Corporation ("HHC"), in the above-referenced matter. The parties are in receipt of the Court's July 9, 2026 order (ECF No. 100) requiring the parties to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) on or before July 23, 2026. The parties respectfully request that the Court adjourn this deadline until August 14, 2026. This is the parties' first request for an adjournment of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Eli Freedberg, Esq.
*For the Firm*

cc: All counsel of record (*via* ECF)

GRANTED. The deadline for the parties to submit their settlement agreement is hereby EXTENDED to **August 14, 2026**.

SO ORDERED. Dated July 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE