JOSEPHSON DUNLAP LLP
LAWYERS FOR THE WORKERS®

ALYSSA WHITE
ATTORNEY

October 9, 2026

**VIA ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Verona Reid v. The Execu/Search Group, LLC,* Case No. 1:22-cv-00469-MMG-BCM; in the United States District Court for the Southern District of New York

Dear Judge Garnett,

This firm represents Plaintiff Verona Reid, in the above-referenced matter. The parties write to request an additional three (3) week extension of time to submit their settlement agreement for review pursuant to pursuant to the Court's October 2, 2026 order (ECF No. 109). The parties have been working together to finalize additional terms and obtain executed signatures from all parties. Accordingly, they respectfully request that the Court adjourn this deadline until October 30, 2026. The current deadline to submit the parties' agreement for review is October 9, 2026. This is the parties' fifth request for an adjournment of this deadline.

We thank the Court for its time and attention to this matter.

Sincerely,

*/s/ Alyssa White*
Alyssa White

cc: All counsel of record via ECF

GRANTED. The deadline for the parties to submit their settlement agreement is hereby EXTENDED to **October 30, 2026**. The Court is unlikely to grant any further extension requests absent extraordinary circumstances. Any such application must clearly state what has been done, what remains to be done, and what extraordinary circumstances have prevented completion of those remaining steps.

SO ORDERED. Dated October 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE